UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Stone Oak Investments, LLC

       v.                    Civil No. 10-cv-380-PB

Joseph Equipment Company, LLC

O R D E R

Attorneys Thomas D. Pigott, Joseph E. Cavasinni, and Laurie J. Avery have failed to comply with the Clerk's September 2, 2010 Order regarding visiting attorneys. Unless motions to appear pro hac vice are filed within 14 days, the above attorneys will be removed from the case.

SO ORDERED.

October 26, 2010

                                      */s/ Paul J. Barbadoro*
                                      Paul J. Barbadoro
                                      United States District Court Judge

cc:    Thomas D. Pigott, Esq.
        Joseph E. Cavasinni, Esq.
        Laurie J. Avery, Esq.
        Richard G. Sheehan, Esq.