UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Stone Oak Investments, LLC</u>

            v.                         Civil No. 10-cv-380-PB

<u>Joseph Equipment</u>

### O R D E R

The above-referenced case was transferred in from the District of Ohio Northern on August 27, 2010.  On September 2, 2010, the Clerk of Court issued an order directing Thomas D. Piggot, Joseph E. Cavasinni and Laura J. Avery to seek pro hac vice admission by October 7, 2010.  On October 26, 2010, the court issued an order directing the above attorneys to comply with the Clerk's September 2, 2010 order by November 9, 2010.  As the required motions for admission have not been filed as ordered, attorneys Thomas D. Piggot, Joseph E. Cavasinni and Laura J. Avery are hereby removed from the case.

Accordingly, Stone Oak Investments, LLC must have counsel file an appearance by December 15, 2010 or the complaint will be dismissed without prejudice.

SO ORDERED.


November 15, 2010

                                                */s/ Paul Barbadoro*
                                                _____
                                                Paul Barbadoro
                                                United States District Judge

cc:    Thomas D. Piggott, Esq.
       Joseph E. Cavasinni, Esq.
       Laurie Avery, Esq.
       Richard G. Sheehan, Esq.